AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2014 AUG -1  AM 9: 15
CLERK-LAS CRUCES

United States of America
v.

Carlos Javier HERNANDEZ-Palacios

*Defendant(s)*

Case No: 14mj 2596

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of July 31, 2014 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On July 31, 2014, a United States Border Patrol Agent encountered the Defendant in Sunland Park, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to Mexico via El Paso, Texas on July 29, 2014. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Lorenzo Ortiz  BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 1, 2014

City and state: Las Cruces, N.M.

*Judge's signature*
LOURDES A. MARTINEZ
U.S. MAGISTRATE JUDGE
*Printed name and title*